FILED

AUG - 2 2017

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. **4:17CR00351 JAR/DDN** |
| ) | |
| STEWART L. STILLMAN, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

Between on or about July 17, 2017, and on or about July 20, 2017, in the Eastern District of Missouri, and elsewhere, the defendant,

**STEWART L. STILLMAN,**

did knowingly use any facility and means of interstate commerce, and knowingly attempted to persuade, induce, entice, and coerce Detective Andrew Lucca of the St. Louis County Police Department's Special Investigations Unit, who the defendant believed to be a minor under the age of fifteen years-old, to engage in sexual activity for which any person can be charged with a criminal offense, to wit: the defendant, believing Detective Lucca was a minor female under the age of fifteen years-old, attempted to persuade, induce, entice, and coerce Detective Lucca to participate in sex acts where the defendant would expose his genitals for the purpose of arousing or gratifying the sexual desire of any person, including Detective Lucca, in violation of Missouri

Revised Statute, Section 566.083(2), and in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

_____<br>FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney


_____
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney